﻿Citation Nr: 18142036
Decision Date: 10/12/18 Archive Date: 10/12/18

DOCKET NO. 16-31 907
DATE: October 12, 2018
REMANDED
Entitlement to service connection for a right shoulder disability, to include secondary to bilateral knee disability, is remanded.
REASONS FOR REMAND
The Veteran served on active duty in the United States Army from June 1975 to June 1978. This matter comes before the Board from a June 2015 rating decision. 
1. Entitlement to service connection for a right shoulder disability, to include secondary to bilateral knee disability, is remanded.
The Veteran contends that he injured his right shoulder in-service and after service re-injured his right shoulder when he sustained falls related to his service connected bilateral knee disabilities. 
The Veteran was afforded a VA examination in May 2015, in which the examiner opined that the Veteran’s right shoulder disability was less likely than not related to his service because there was no medical evidence on record supporting a chronic shoulder condition related to the post-service fall. Such appears to have been based on the fact that the Veteran did not report landing/striking the right shoulder. However, the Veteran has subsequently clarified that the documented fall caused him to reinjure his right shoulder in addition to injuring the left shoulder. He is service connected for the residuals of a left shoulder injury. An opinion is needed to better address the Veteran’s contentions. 
Additionally, since the May 2015 VA examination, the Veteran has submitted additional service treatment records (STRs) that indicate he sought treatment for bilateral shoulder pain in-service. No VA examiner has reviewed these records. Another VA examination is warranted to determine the etiology of the Veteran’s right shoulder disability. Barr v. Nicholson, 21 Vet. App. 303, 311-12 (2007). Further, as there is an indication that additional STRs may exist, VA should attempt to locate and associate these records with the Veteran’s file. 
The matter is REMANDED for the following action:
1. Obtain the Veteran’s complete service treatment records.
2. Schedule the Veteran for a VA examination to determine the nature and etiology of his right shoulder disability. All pertinent symptomatology and findings must be reported in detail. Any and all studies, tests, and evaluations deemed necessary by the examiner should be performed. The examiner should opine:
(a.) Identify/diagnose any disability of the right shoulder that presently exists or that has existed during the appeal period. 
(b.) Whether it is at least as likely as not that the Veteran’s right shoulder disability had its onset in service or within a year of discharge or is otherwise related to his active service, to include his complaints of bilateral shoulder pain in service.

(c.) Whether it is at least as likely as not that the Veteran’s right shoulder disability was caused by the documented falls the Veteran has sustained as a result of his service-connected bilateral knee disabilities.
(d.) Whether it is at least as likely as not that the Veteran’s right shoulder disability was aggravated (i.e., made chronically worse) by the documented falls he has sustained as a result of his knees.
(e.) Rationale should be provided for all opinions.
 
MICHAEL A. HERMAN
Veterans Law Judge
Board of Veterans’ Appeals
ATTORNEY FOR THE BOARD E. Rekowski, Associate Counsel